# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Natanael David Rosales–Sira

                  Plaintiff,

v.                                             Case No.: 1:25–cv–05441

                                                    Honorable Jeffrey I Cummings

Kristi Noem, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on 5/23/25 on plaintiff's emergency motion for temporary restraining order [9]. For the reasons stated on the record, plaintiff's motion is entered and continued to 5/27/25 at 1:00 p.m. The parties shall meet and confer and file a joint status report today, 5/23/25, regarding plaintiff's current location and any intended plans regarding his location between now and the 5/27/25 motion hearing. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.