# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Natanael David Rosales–Sira

                        Plaintiff,

v.                                                Case No.: 1:25–cv–05441

                                                            Honorable Jeffrey I Cummings

Kristi Noem, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Continued motion hearing held on 5/27/25. Plaintiff's oral motion to voluntarily dismiss his amended petition for writ of habeas corpus [5] is granted. Accordingly, plaintiff's emergency motion for temporary restraining order [9] and his prior petition for habeas corpus [1] are terminated as moot. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.